**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2071

AUBREY J. EL,

Plaintiff – Appellant,

v.

U.S. DEPARTMENT OF COMMERCE, Honorable Penney Pritzker, Secretary; ADMIRAL DAVID SCORE, Director, National Oceanic and Atmospheric Administration, Office of Marine Aviation Operations; CAPTAIN ANNE LYNCH, Commanding Officer National Oceanic and Atmospheric Administration Marine Operations-Atlantic,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:15-cv-00532-RGD-DEM)

Submitted: February 23, 2017       Decided: February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Aubrey J. El, Appellant Pro Se. Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aubrey J. El appeals the district court's order dismissing his civil action related to termination of his federal employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El v. U.S. Dep't of Commerce, No. 2:15-cv-00532-RGD-DEM (E.D. Va. July 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED